IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OREFO OKEKE,

    Petitioner,

v.

                                         Case No. 20-cv-675-wmc
                                                   17-cr-111-wmc

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America and against petitioner Orefo Okeke denying his petition under 28 U.S.C. § 2255.

    s/ R. Swanson, Deputy Clerk                         6/14/2021
   Peter Oppeneer, Clerk of Court                            Date